Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JUSTIN BRICE WILLIAMS, ) <br> ) <br> Defendant. ) <br> _____ ) | NO.  CR05-417RSM <br><br><br><br> ORDER CONTINUING <br> TRIAL DATE |

THIS MATTER comes before the Court on a stipulated motion of the government and defendant JUSTIN BRICE WILLIAMS to continue the trial date.  Having considered the entirety of the record and files herein, the Court finds that failure to grant a continuance would likely result in a miscarriage of justice.  The case is complex, and counsel for defendant WILLIAMS is out of the country for three weeks, returning on the day of trial, May 8, 2006.  This extended absence would prohibit defense counsel from being adequately prepared for trial on May 8, 2006.

IT IS NOW, THEREFORE, ORDERED that trial of defendant JUSTIN BRICE WILLIAMS be continued from May 8, 2006 to June 26, 2006, and that the time between the date of this Order and the new trial date be excludable time under the Speedy

Order Continuing Trial
Williams/CR05-417RSM –1

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

1  Trial Act pursuant to Title 18, United States Code, Sections 3161(h)(8)(A),
2  3161(h)(8)(B)(i), and 3161(h)(8)(B)(ii).
3      Dated this 4th day of May, 2006

                                            RICARDO S. MARTINEZ
                                            UNITED STATES DISTRICT JUDGE

Presented by:

s/Douglas B. Whalley
DOUGLAS B. WHALLEY
Assistant United States Attorney
United States Attorney's Office
601 Union Street, Suite 5100
Seattle, WA  98101-3903
(206) 553-4882, Fax:  (206) 553-4440
E-mail: douglas.whalley@usdoj.gov
Washington State Bar #4625

s/ Lisca Borichewski
LISCA BORICHEWSKI
Assistant United States Attorney
(206) 553-2266, Fax: (206) 553-4440
E-mail: lisca.borichewski@usdoj.gov
Washington State Bar #24300

Order Continuing Trial
Williams/CR05-417RSM –2